UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BARRACLIFFE II, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY SHERIFF ADAM FORTNEY, *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-01024<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT** |

The parties, by and through their counsel of record, hereby stipulate and agree to Plaintiff filing an Amended Complaint for Damages to add Snohomish County 911 as a named Defendant and to amend the caption to reflect the same.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 8, 2020.

Respectfully submitted,

**AKW LAW, P.C.**


*/s/ Ada K. Wong*
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
6100 219th St. SW, Suite 480

STIPULATION AND ORDER - 1
Case No. 2:20-cv-01024-RSL

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

|   |   |
|---|---|
| 1 | Mountlake Terrace, WA 98043 |
|   | *Attorneys for Plaintiff* |
| 2 | Tel.: (206) 259-1259 |
|   | Fax: (855) 925-9529 |
| 3 | E-mail: ada@akw-law.com |
|   | E-mail: jordan@akw-law.com |
| 4 |   |
| 5 |   |
|   | **KEATING, BUCKLIN & McCORMACK, INC., P.S.** |
| 6 |   |
| 7 |   |
|   | */s/ Shannon M. Ragonesi*[1] |
| 8 | Shannon M. Ragonesi, WSBA #31951 |
|   | Paul J. Triesch, WSBA #17445 |
| 9 | 801 Second Avenue, Suite 1210 |
|   | Seattle, WA 98104 |
| 10 | *Attorneys for Defendants Snohomish County Deputy Sheriffs Arthur Wallin and Matthew Boice* |
| 11 | Tel.: (206) 623-8861 |
|   | Fax: (206) 223-9423 |
| 12 | E-mail: SRagonesi@kbmlawyers.com |
|   | E-mail: ptriesch@kbmlawyers.com |
| 13 | E-mail: SDamianick@kbmlawyers.com |
| 14 |   |
| 15 | **ADAM CORNELL** |
|   | **Snohomish County Prosecuting Attorney** |
| 16 |   |
| 17 | */s/ Margaret A. Duncan*[2] |
|   | Margaret A. Duncan, WSBA #47876 |
| 18 | Deborah A. Severson, WSBA #35603 |
|   | Deputy Prosecuting Attorneys |
| 19 | Snohomish County Prosecutor's Office-Civil Division |
|   | 3000 Rockefeller Avenue, M/S 504 |
| 20 | Everett, WA 98201-4060 |
|   | *Attorneys for Defendants Snohomish County, and Sheriffs Adam Fortney, Jason Harris, Nathan Smith, Ronald Smarr, and Jack Yilmaz* |
| 21 | Phone: 425.388.6330 |
| 22 | Fax: 425.388.6333 |
| 23 | [1] Permission to electronically sign provided on 9/8/2020. |
|   | [2] Permission to electronically sign provided on 9/8/2020. |

STIPULATION AND ORDER  - 2
Case No. 2:20-cv-01024-RSL

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  E-mail: Margaret.Duncan@co.snohomish.wa.us
   E-mail: Deborah.severson@co.snohomish.wa.us

2

3      PURSUANT TO STIPULATION, Plaintiff shall file his Amended Complaint within

4  fourteen (14) days from the date of this Order.

5

6      Dated this 9th day of September, 2020.

7

8                             Robert S. Lasnik
                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATION AND ORDER  - 3**
Case No. 2:20-cv-01024-RSL

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529