UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BARRACLIFFE, II,<br><br>Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY SHERIFF ADAM FORTNEY, and his marital community; et al.<br><br>Defendants. | NO. C20-1024-RSL<br><br>JOINT STIPULATION AND ORDER DISMISSING CLAIMS AGAINST DEFENDANT JACK YILMAZ |

COMES NOW Defendants Snohomish County, Adam Fortney, Jack Yilmaz, Jason Harris, Nathan Smith and Ronald Smarr, by and through their counsel of record, Deputy Prosecuting Attorneys Margaret A. Duncan and Deborah A. Severson; and Defendants Arthur Wallin and Matthew Boice, by and through their counsel of record, Shannon M. Ragonesi and Paul J. Triesch; and Plaintiff Paul Barracliffe, II, by and through his counsel of record, Ada K. Wong and Jordan T. Wada, and stipulate to the following:

(1) Dismissal of all Plaintiff's claims against Defendant Jack Yilmaz only, without prejudice, and with each party bearing its own costs and attorneys' fees.

JOINT STIPULATION AND ORDER DISMISSING CLAIMS
AGAINST DEFENDANT JACK YILMAZ - 1
C20-1024-RSL

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

DATED this 10th day of December 2020.      DATED this 10th day of December 2020.

AKW LAW, P.C.                               ADAM CORNELL
                                            Snohomish County Prosecuting Attorney

By:  /s/Ada K. Wong
ADA K. WONG, WSBA #45936                    By:  /s/ Margaret A. Duncan
JORDAN T. WADA, WSBA #54937                 MARGARET A. DUNCAN, WSBA #47876
*Attorneys for Plaintiff*                   DEBORAH A. SEVERSON, WSBA #35603
                                            Deputy Prosecuting Attorneys

                                            *Attorney for Defendants Snohomish County, Adam Fortney, Jack Yilmaz, Jason Harris, Nathan Smith and Ronald Smarr*

DATED this 10th day of December, 2020.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By:  /s/ Shannon M. Ragonesi
SHANNON M. RAGONESI #31951
PAUL J. TRIESCH, WSBA #17445
*Attorney for Defendants Arthur Wallin and Matthew Boice*

JOINT STIPULATION AND ORDER DISMISSING CLAIMS
AGAINST DEFENDANT JACK YILMAZ - 2
C20-1024-RSL

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

## ORDER

IT IS SO ORDERED that the parties' Joint Stipulation dismissing claims against Defendant Jack Yilmaz only, without prejudice, and with each party bearing its own costs and attorneys' fees is APPROVED and GRANTED.

Dated this 10th day of December, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

JOINT STIPULATION AND ORDER DISMISSING CLAIMS
AGAINST DEFENDANT JACK YILMAZ - 3
C20-1024-RSL

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

# DECLARATION OF SERVICE

I hereby certify that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be served a true and correct copy of foregoing document upon the persons listed by the methods indicated:

| | |
|---|---|
| Ada K. Wong<br>Jordan T. Wada<br>AKW Law, P.C.<br>6100 – 219th Street SW, Suite 480<br>Mountlake Terrace, WA 98043<br>ada@akw-law.com<br>jordan@akw-law.com<br>*Attorneys for Plaintiff* | ☒ ***Electronic Filing (CM/ECF)***<br>☐ Facsimile<br>☐ Email<br>☐ ***U.S. Mail***<br>☐ Hand Delivery<br>☐ Messenger Service |
| Shannon M. Ragonesi<br>Paul J. Triesch<br>Keating, Bucklin & McCormack<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>sragonesi@kbmlawyers.com<br>ptriesch@kbmlawyers.com<br>*Attorneys for Arthur Wallin and Mathew Boice* | ☒ ***Electronic Filing (CM/ECF)***<br>☐ Facsimile<br>☐ Email<br>☐ ***U.S. Mail***<br>☐ Hand Delivery<br>☐ Messenger Service |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED at Everett, Washington, this 10th day of December, 2020.

_____
Teresa Kranz, Legal Assistant

JOINT STIPULATION AND ORDER DISMISSING CLAIMS
AGAINST DEFENDANT JACK YILMAZ - 4
C20-1024-RSL

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333