UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BARRACLIFFE, II,<br><br>                Plaintiff,<br><br>  vs.<br><br>SNOHOMISH COUNTY SHERIFF ADAM FORTNEY, and his marital community; et al.<br><br>                Defendants. | NO. C20-1024-RSL<br><br>JOINT STIPULATED MOTION AND ORDER REGARDING DEADLINE FOR EXPERT REPORTS |

    COMES NOW Plaintiff, by and through his counsel Ada Wong, Jordan Wada, and Isabel Johnson; Defendants Snohomish County and Sheriff Adam Fortney, Deputy Nathan Smith, Deputy Jason Harris, Deputy Ronald Smarr, by and through their counsel Deputy Prosecuting Attorneys Margaret Duncan and Deborah Severson; and Defendants Matthew Boice and Arthur Wallin, by and through their counsel Shannon Ragonesi and Paul Triesch; and hereby jointly move the Court to extend the current deadline for reports from expert witnesses under FRCP 26(a)(2) from July 7, 2021 to August 6, 2021.

    The necessity of this joint stipulated motion results from the following facts:

1. Plaintiff's complaint was filed July 1, 2020. Discovery cut off is September 5, 2021. Expert witness reports are due July 7, 2021.

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR EXPERT REPORTS - 1
C20-1024-RSL

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

2. On October 9, 2020, Defendant Snohomish County served its First Interrogatories and Requests for Production of Documents on Plaintiff. That discovery included requests that Plaintiff identify all claimed injuries as a result of the incident alleged, identify all providers from whom he has received evaluation or treatment for a period of ten years, and provide copies of records from those providers. In response, Plaintiff identified four providers.

3. On January 8, 2021, Plaintiff, and counsel for the other parties, cooperatively stipulated to a release of the records for the four providers identified by Plaintiff in discovery, as well as other providers learned of through Defendant's own investigation. Defendant has received a portion of the records from providers in the stipulated release. A review of those records received to date has identified other providers not previously identified by the Plaintiff in his discovery responses. Defendant has requested that Plaintiff stipulate to release records of those providers not previously identified in discovery.  Plaintiff is in the process of obtaining those records.

4. In Plaintiff's January 26, 2021 Initial Disclosures production, Plaintiff produced 140 pages of medical records that were in his possession.  Plaintiff produced additional medical records in his February 22, 2021 supplemental production, March 25, 2021 supplemental production, and April 6, 2021 supplemental production.

5.  Plaintiff continues to collect, but has not yet received, all of his relevant medical records, and his diligent efforts to obtain those records is ongoing.

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR EXPERT REPORTS - 2
C20-1024-RSL

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

6. At the request of counsel for the County, and after two separate conferences of counsel, on February 24, 2021, Plaintiff served Third Supplemental Responses to the County's discovery requests. In the Third Supplemental Responses, Plaintiff claims "trauma to his brain, brain damage, psychological distress, post-traumatic stress disorder, worsening of his bipolar disorder, worsened feelings of detachment/estrangement from others, paranoia, exaggerated started response to certain movements and noises, hypervigilance, strong negative feelings including but not limited to depression, suicidal thoughts, guilt, and other self-directive negative ideations", together with other physical injuries as a result of the incident alleged in the complaint. In 2008, prior to the 2018 incident that is the subject of this action, Plaintiff suffered a traumatic brain injury (TBI) for which he received medical evaluation and treatment.

7. Defendants continue to collect, but have not yet received, all of Plaintiff's relevant medical records despite their diligent efforts to obtain those records, including records regarding Plaintiff's prior evaluation and treatment for the 2008 TBI. Medical records not yet received may reveal additional providers, requiring Defendants to seek additional releases for those records.

8. Defendant Snohomish County has retained medical experts. Those experts have requested copies of Plaintiff's records, including the records relating to Plaintiff's TBI in 2008. Because of the delay in receipt of Plaintiff's medical records, Defendant's medical experts are unable to provide written reports by the July 7, 2021 deadline.

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR EXPERT REPORTS - 3
C20-1024-RSL

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

As this is a joint stipulated motion, the parties have conferred regarding the contents of this motion, and all parties are in agreement that the above factors meet the good cause requirement established in the rules and the Court's Minute Order for Setting Trial Date and Related Dates for amending a court's scheduling order and request an order be entered extending the deadline for reports from expert witnesses under FRCP 26(a)(2) from July 7, 2021 to August 6, 2021.

DATED this 15th day of April 2021.

AKW LAW, P.C.

By:  /s/Jordan T. Wada
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
*Attorneys for Plaintiff Paul Barracliffe II*

DATED this 15th day of April 2021.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By:  /s/Shannon M. Ragonesi
Shannon M. Ragonesi, WSBA #31951
Paul J. Triesch, WSBA #17445
*Attorneys for Arthur Wallin and Matthew Boice*

DATED this 15th day of April 2021.

ADAM W. CORNELL
Snohomish County Prosecuting Attorney

By:  /s/Margaret A. Duncan
MARGARET A. DUNCAN, WSBA #47876
DEBORAH A. SEVERSON, WSBA #35603
Deputy Prosecuting Attorneys
*Attorneys for Defendants Snohomish County, Adam Fortney, Jason Harris, Nathan Smith and Ronald Smarr*

DATED this 16th day of April 2021.

LAW OFFICE OF ISABEL JOHNSON, PLLC

By:  /s/Isabel S. Johnson
Isabel S. Johnson, WSBA #54265
*Co-Counsel for Plaintiff*

JOINT STIPULATED MOTION AND [PROPOSED] ORDER REGARDING DEADLINE FOR EXPERT REPORTS - 4
C20-1024-RSL

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, and based on the foregoing parties' Joint Stipulation, presented to this Court pursuant to LCR 7(d)(1) and 10(g), now, therefore:

IT IS HEREBY ORDERED that the deadline for reports from expert witnesses under FRCP 26(a)(2) is extended from July 7, 2021 to August 6, 2021.

DATED this 20th day of April, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR EXPERT REPORTS - 5
C20-1024-RSL

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333