# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PAUL BARRACLIFFE II,

    Plaintiff,

v.

SNOHOMISH COUNTY SHERIFF ADAM FORTNEY, *et al.*,

    Defendants.

Cause No. C20-1024RSL

ORDER GRANTING LEAVE TO WITHDRAW

This matter comes before the Court on a "Motion for Withdrawal of Counsel" filed by attorney's Ada K. Wong, Jordan T. Wada, and Isabel S. Johnson. Dkt. # 41. The motion is unopposed and therefore GRANTED. Ms. Wong, Mr. Wada, and Ms. Johnson are no longer counsel of record for plaintiff and are hereby relieved of all duties other than transmitting the case files to plaintiff. The Clerk of Court is directed to terminate counsels' participation in this case and to include plaintiff's contact information in the docket:

    11911 E. Gibson Road #2A
    Everett, WA 982044
    (425) 948-8860

Plaintiff is now proceeding pro se in this litigation. Unless and until he retains new counsel, he is expected to follow the local rules of this district (found at

ORDER GRANTING LEAVE TO WITHDRAW - 1

https://www.wawd.uscourts.gov/sites/wawd/files/WDWA_Local_Civil_Rules_Clean_1.19.21.pdf) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 18th day of May, 2021.

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2