# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL BARRACLIFFE, II,<br><br>        Plaintiff,<br><br>  vs.<br><br>SNOHOMISH COUNTY SHERIFF ADAM FORTNEY, and his marital community; *et al*.,<br><br>        Defendants. | NO. C20-1024-RSL<br><br>ORDER GRANTING DEFENDANT SNOHOMISH COUNTY, FORTNEY, SMARR, SMITH, AND HARRIS'S MOTION TO COMPEL RULE 35 PSYCHOLOGICAL EVALUATION OF PLAINTIFF PAUL BARRACLIFFE, II |

## **ORDER**

This matter came before the Court on Defendant Snohomish County, Fortney, Smarr, Smith, and Harris's Motion to Compel a Federal Rule of Civil Procedure 35 psychological examination of Plaintiff Paul Barracliffe II, by licensed psychologist Dr. Evan Freedman. Plaintiff has not opposed the motion. It is, therefore, GRANTED. The Court finds that Plaintiff's mental condition is in controversy and good cause exists to order a Rule 35 examination. The examination of Plaintiff Paul Barracliffe II by Dr. Evan Freedman, shall take place on:

Date: Tuesday July 6, 2021
Time: 8:00 a.m. PST
Location: Via remote video conferencing as set forth below

1. The examination shall include the remote administration of the MMPI-2 and interviews with the Plaintiff. In advance of the examination, Dr. Freedman shall send an email to Plaintiff including the hyperlink to the remote interview. The hyperlink shall be sent to the following e-mail addresses:

freefoodpaul@gmail.com

Dr. Freedman will send to the Plaintiff only a hyperlink to the MMPI-2. After administration of the MMPI-2, the examination shall consist of further interview and the remote administration of no more than four (4) additional psychological tests, at the sole discretion of the examiner. Any such remote additional psychological tests shall be sent by hyperlink only to the Plaintiff. Both the first and second portions of the examination combined shall not exceed eight (8) hours, excluding reasonable breaks.

2. The examination shall be audio and/or video recorded by the examiner only. No party or representative of a party may record the examination by any means.

3. No party shall be permitted to have a representative present during _testing(s)_. During the _interview_ portions of the examination, Plaintiff may have a representative present. The representative shall observe via remote video conferencing only and shall not be in the same room with Plaintiff. The representative shall remain silent at all times during the interview.

4. Plaintiff will not use any communication device during testing other than those used to facilitate the testing and interview. During testing and interview, no one will communicate with Plaintiff except for Dr. Freedman. This includes, but is not limited to, instant

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL
FRCP 35 PSYCHOLOGICAL EVALUATION OF PLAINTIFF - 2
(C20-1024-RSL)

messaging, text messaging, or any equivalent. In the event any such communications occur, the parties agree that the communications are discoverable. Plaintiff must have a webcam-equipped device (such as a desktop, laptop, or tablet), and a device with audio-capabilities, and must be seen and heard at all times during testing and interview. Defendants shall be responsible for ensuring that Plaintiff has access to the required equipment during testing and interview and that any equipment checks or equipment tests have been completed prior to the testing and interview. Disruptions due to video streaming, phone line interruption, or other technical problems shall not be counted against the time allocated for the testing and interview.

5. Seven (7) days prior to the examination, Plaintiff Barracliffe shall inform Defendants' counsel via e-mail of the name of the representative, if any, the representative's relationship to Plaintiff, and the email to which the hyperlink to the remote interview shall be sent for that person. Defense counsel will inform the examiner of the name and e-mail of Plaintiff's representative prior to the examination.

6. Defendants shall deliver to Plaintiff a copy of Dr. Freedman's report no later than September 6, 2021.

7. Pursuant to FRCP 35(b)(2), the report must be in writing and must set out in detail the examiner's findings, including diagnoses and conclusions.

Dated this 29th day of June, 2021.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Court Judge

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL
FRCP 35 PSYCHOLOGICAL EVALUATION OF PLAINTIFF - 3
(C20-1024-RSL)